## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephanie Hungerford,

          Plaintiff,

Civil No. 14-0613 (DSD/HB)

v.

**ORDER ON REPORT AND RECOMMENDATION**

Carolyn Colvin,
Commissioner of Social Security,

          Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [Doc. No. 14] is **DENIED**; and

3. Defendant's Motion for Summary Judgment [Doc. No. 18] is **GRANTED**;

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 18, 2014

          s/David S. Doty
          DAVID S. DOTY, Judge
          United States District Court